USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/27/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORANEFO OKOLO, as Assignee of ST. LUKE'S HOSPITAL CONSORTIUM.,

        Plaintiff,

-against-

CROSS RIVER STATE GOVERNMENT,

        Defendant.

19 Civ. 5329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 20, 2020, the action was reassigned to this Court. On November 14, 2019, Plaintiff moved for default judgment, ECF No. 12, but the supporting documents, ECF Nos. 12–16, are not in compliance with this Court's requirements for seeking default judgment. *See* Attachment A to the Court's Individual Practices in Civil Cases (requiring, among other things, an affidavit from a <u>party</u> with personal knowledge setting forth a statement of proposed damages).

    Accordingly, it is hereby ORDERED that by **April 1, 2020** Plaintiff shall resubmit his motion for default judgment with supporting papers in accordance with Attachment A.

    The Clerk of Court is directed to terminate the motion at ECF No. 12.

    SO ORDERED.

Dated: February 27, 2020
       New York, New York

                                   ANALISA TORRES
                                 United States District Judge