UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORANEFO OKOLO, as Assignee of ST.
LUKE'S HOSPITAL CONSORTIUM,

                Plaintiff,

      -against-

CROSS RIVER STATE GOVERNMENT,

                Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ____8/28/2020____ |

19 Civ. 5329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 11, 2020, Plaintiff moved for a default judgment against Defendant. ECF No. 22. In support of this motion, Plaintiff submitted a declaration from Oranefo Okolo, followed by several exhibits, including the concession agreement, the assignment contract, a news article, an expert report on damages, a declaration from counsel Kenechukwu Okoli, a certificate of default, the Southern District of New York's foreign mailing instructions, and a proposed default judgment (together, the "Supporting Documents"). ECF Nos. 22-1–22-11.

Accordingly, it is hereby ORDERED that:

1. In light of the COVID-19 pandemic, the motion for default judgment will be resolved **on the papers**.

2. By **October 5, 2020**, Plaintiff shall serve copies of this Order and the Supporting Documents, in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a).

3. By **October 12, 2020**, Plaintiff shall file on the docket (1) proofs of service, and (2) the Supporting Documents that were served upon Defendant (as an attachment to the proofs of service).

4. By **October 26, 2020** Defendant shall respond to Plaintiff's motion.

5. By **November 9, 2020**, Plaintiff shall submit its reply, if any

SO ORDERED.

Dated: August 28, 2020
       New York, New York

_____

ANALISA TORRES
United States District Judge