UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORANEFO OKOLO, as Assignee of ST. LUKE'S HOSPITAL CONSORTIUM,

        Plaintiff,

-against-

CROSS RIVER STATE GOVERNMENT,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/26/2021
```

19 Civ. 5329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter at ECF No. 24, and his motion for a default judgment at ECF No. 22. Plaintiff's motion for a default judgment is DENIED.

    Accordingly, Plaintiff is directed to re-file his motion for default judgment, and address the following issues:

1. Defendant's liability with respect to the Nigerian choice-of-law provision in the concession contract, ECF No. 22-2 § 28; and
2. The Court's ability to exercise personal jurisdiction over Defendant pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608.

    Plaintiff shall file his amended motion by **April 26, 2021**. Plaintiff shall serve copies of this Order and his amended motion for a default judgment in accordance with the Foreign Sovereign Immunities Act.

    The Clerk of Court is directed to terminate the motion at ECF No. 22.

    SO ORDERED.

Dated: March 26, 2021
       New York, New York

                                        ANALISA TORRES
                                United States District Judge