UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORANEFO OKOLO, as Assignee of ST.
LUKE'S HOSPITAL CONSORTIUM,

Plaintiff,

-against-

CROSS RIVER STATE GOVERNMENT,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    8/4/2021

19 Civ. 5329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 17, 2021, Plaintiff filed an amended complaint in the above-captioned matter. ECF No. 29.  On April 27, 2021, Plaintiff sought service of process upon Defendant through the Clerk of Court, in accordance with the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608.  ECF No. 31.  On April 29, 2021, the Clerk of Court filed a certificate of mailing indicating that she had served the head of the ministry of foreign affairs, pursuant to 28 U.S.C § 1608(a)(3).  ECF No. 32.

Accordingly, by **August 12, 2021**, if service has not been completed, Plaintiff shall file a status letter on the docket apprising the Court on the current status of service.

SO ORDERED.

Dated: August 4, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge