UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ORANEFO OKOLO, as assignee of
ST. LUKE'S HOSPITAL CONSORTIUM,
          Plaintiff,

v.

CROSS RIVER STATE GOVERNMENT,
          Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 5329 (VB)

5/1/23

      On December 5, 2022, the Court directed plaintiff to serve defendant in accordance with 28 U.S.C. § 1608 and file proof of service upon defendant Cross River State Government. (Doc. #48).

      On February 7, 2023, plaintiff docketed a certificate of service indicating defendant was served on January 6, 2023. (Doc. #50). Accordingly, defendant had until March 7, 2023, to respond to the complaint. See 28 U.S.C. § 1608(d). To date, defendant has not answered, moved, or otherwise responded to the complaint.

      On March 13, 2023, plaintiff obtained a certificate of default. (Doc. #54).

      Accordingly, provided that defendant remains in default, plaintiff is ORDERED to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by **May 15, 2023**. **If plaintiff fails to satisfy this deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: May 1, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge