**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ORANEFO OKOLO, as assignee of St. Luke's
Hospital Consortium,

                Plaintiff,                      19 **CIVIL** 5329 (VB)(AEK)

      -against-                                 **<u>JUDGMENT</u>**

CROSS RIVER STATE GOVERNMENT,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 12, 2024, the Objection is OVERRULED and the R&R is adopted in its entirety as the opinion of the Court. Plaintiff's motion for default judgment is DENIED, and the case is DISMISSED for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      April 15, 2024

                                                              **RUBY J. KRAJICK**

                                                              Clerk of Court

                           **BY:**

                                                              **Deputy Clerk**